Alberto STAMPA, Pelayo Camps, Gloria Rodriguez, Jordi Bosch, and Maria Del Carmon Onrubia, Appellants,

v.

William P. JACKSON, Cross–Appellant.

Nos. 2006–1004, 2006–1029.

United States Court of Appeals, Federal Circuit.

June 27, 2006.

ON MOTION

*ORDER*

William P. Jackson moves to dismiss Alberto Stampa et al. (Stampa)'s appeal of the decision of the Patent and Trademark Office Board of Patent Appeals and Interferences in *Stampa v. Jackson,* No. 105,-069, 105,212. Stampa consents.

Upon consideration thereof.

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

UTI WORLDWIDE, INC., Appellant,

v.

UNSWORTH TRANSPORT INTERNATIONAL, INC., Appellee.

No. 2005–1521.

United States Court of Appeals, Federal Circuit.

June 27, 2006.

*ORDER*

On June 12, 2006, the court allowed the parties 14 days to object to the dismissal of this appeal due to settlement. No objection has been submitted within the time allowed.

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.